**Opinion filed February 19, 2015**



## In The

# Eleventh Court of Appeals

_____

## No. 11-15-00001-CV

_____

### GAY & SON MASONRY, L.P., Appellant

### V.

### GORMAN INDEPENDENT SCHOOL DISTRICT, Appellee

**On Appeal from the 91st District Court**
**Eastland County, Texas**
**Trial Court Cause No. CV1443262**

### M E M O R A N D U M   O P I N I O N

Appellant, Gay & Son Masonry, L.P., has filed in this court an unopposed motion to dismiss its appeal with prejudice. Appellant states that it "no longer wishes to pursue this appeal." Appellant requests that we dismiss this appeal and tax the costs of appeal against the party incurring same. *See* TEX. R. APP. P. 42.1. Appellant has certified that the motion is not opposed by Appellee.

The motion is granted, and the appeal is dismissed.

February 19, 2015                                                    PER CURIAM

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.